**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CEDRIC MAURICE THOMAS, | ) | NO. CV 17-3296-SJO(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| RONALD RACKLEY (Warden), | ) | |
| Respondent. | ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: May 5, 2017.

*/s/ S. James Otero*

_____
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE